DAVIS WRIGHT TREMAINE LLP
  Ken Payson (*pro hac vice* forthcoming)
  kenpayson@dwt.com
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150

DAVIS WRIGHT TREMAINE LLP
  James H. Moon (SBN 268215)
  jamesmoon@dwt.com
865 South Figueroa Street, 24th Floor
Los Angeles, CA 90017-2566
Telephone: (213) 633-6800

*Attorneys for Defendant Twilio Inc.*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL ANTHONY,<br><br>              Plaintiff,<br><br>       v.<br><br>TWILIO INC.,<br><br>              Defendant. | Case No. 4:24-cv-02999-DMR<br><br>**STIPULATION OF EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO INITIAL COMPLAINT [L.R. 6.1(A)]** |

STIPULATION OF EXTENSION OF TIME
NO. 4:24-cv-02999-DMR

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Pursuant to Civil L.R. 6-1(a), Plaintiff Michael Anthony ("Plaintiff") and Defendant Twilio Inc. ("Defendant") hereby stipulate to an extension of time for Defendant to respond to Plaintiff's complaint. Plaintiffs' complaint was filed on May 17, 2024, and served on Defendant on June 4, 2024. Defendant's current deadline to respond is June 25, 2024. The parties hereby stipulate that Defendant's deadline to respond to the complaint is extended by twenty-eight (28) days, i.e., to **July 23, 2024**. The extension will not alter the date of any event or any deadline already fixed by Court order.

Dated: June 17, 2024            KAZEROUNI LAW GROUP, APC

By: /s/ Ryan L. McBride
    Ryan L. McBride

*Attorneys for Plaintiff Michael Anthony*

Dated: June 17, 2024            DAVIS WRIGHT TREMAINE LLP

By: /s/ James H. Moon
    James H. Moon

*Attorneys for Defendant Twilio Inc.*

1

STIPULATION OF EXTENSION OF TIME
NO. 5:21-cv-07083

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

# FILER'S ATTESTATION

I, James H. Moon, am the ECF user whose identification and password are being used to file this stipulation on behalf of the parties. In compliance with L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated: June 17, 2024

DAVIS WRIGHT TREMAINE LLP

By: /s/ James H. Moon
    James H. Moon

*Attorneys for Defendant Twilio Inc.*

2

STIPULATION OF EXTENSION OF TIME
NO. 5:21-cv-07083

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax