DAVIS WRIGHT TREMAINE LLP
  Ken Payson (*pro hac vice* forthcoming)
  kenpayson@dwt.com
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150

DAVIS WRIGHT TREMAINE LLP
  James H. Moon (SBN 268215)
  jamesmoon@dwt.com
865 South Figueroa Street, 24th Floor
Los Angeles, CA 90017-2566
Telephone: (213) 633-6800

*Attorneys for Defendant Twilio Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY,<br><br>     Plaintiff,<br><br> v.<br><br>TWILIO INC.,<br><br>     Defendant. | Case No. 4:24-cv-02999-DMR<br><br>**DEFENDANT TWILIO INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

CORPORATE DISCLOSURE STATEMENT
Case No. 4:24-cv-02999-DMR

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Pursuant to Federal Rule of Civil Procedure 7.1, Twilio Inc. states that it neither has a parent corporation, nor does any publicly held corporation own 10 percent or more of its stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated:  June 17, 2024

DAVIS WRIGHT TREMAINE LLP

By:  /s/ James H. Moon
James H. Moon

*Attorneys for Defendant Twilio Inc.*

CORPORATE DISCLOSURE STATEMENT
4:22-cv-03596-KAW

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899