UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Michael Anthony,

    Plaintiff(s),

    v.

Twilio Inc.,

    Defendant(s).

Case No. <u>4:24-cv-02999-DMR</u>

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, <u>Kenneth E. Payson</u>, an active member in good standing of the bar of <u>Washington</u>, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: <u>Twilio Inc.</u> in the above-entitled action. My local co-counsel in this case is <u>James H. Moon</u>, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: <u>268215</u>.

| | |
|---|---|
| <u>920 Fifth Ave., Suite 3300, Seattle, WA 98104-1610</u> | <u>865 S. Figueroa St., Suite 2400, Los Angeles, CA 90017</u> |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| <u>206-622-3150</u> | <u>213-633-6800</u> |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| <u>kenpayson@dwt.com</u> | <u>jamesmoon@dwt.com</u> |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: <u>26369</u>.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court <u>zero</u> times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 24, 2024

s/ Kenneth E. Payson
APPLICANT
Kenneth E. Payson

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Kenneth E. Payson is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: June 25, 2024

DONNA M. RYU, CHIEF MAGISTRATE JUDGE

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 26369 |
| OF | ) | **CERTIFICATE** |
| KENNETH E. PAYSON | ) | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | **GOOD STANDING** |

_____

I, Sarah R. Pendleton, Deputy Clerk of the Supreme Court of the State of Washington, hereby certify

**KENNETH E. PAYSON**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on November 20, 1996, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this Court on the 20th day of June, 2024.

*Sarah Pendleton*

Sarah R. Pendleton
Supreme Court Deputy Clerk
Washington State Supreme Court