

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1301 Clay Street
Oakland, CA 94612
cand.uscourts.gov

June 27, 2024

**SECOND NOTICE**

Ryan Lee McBride
Kazerouni Law Group, APC
2221 Camino Del Rio S., Ste. 101
San Diego, CA 92108


Re: Michael Anthony v. Twilio Inc.
Case Number: 4:24-cv-02999-DMR

Dear Counsel:

This matter has been randomly assigned to Chief Magistrate Judge Donna M. Ryu for all purposes including trial.

The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

A reminder to file either a consent form or a declination form to proceed before a United States Magistrate Judge was sent to Plaintiff on June 12, 2024. A review of our records discloses that the Consent or Declination to Magistrate Judge Jurisdiction has not been filed in this case. Plaintiff is requested to complete the attached form documenting either consent or declination and file it with the Court by **July 11, 2024.** This form can be found on the Court's website at cand.uscourts.gov/civilforms.

Please note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences.

                                                  Mark B. Busby
                                                  Clerk of Court, United States District Court

By: _____

                                                  Ivy Lerma Garcia, Deputy Clerk to the
                                                  Honorable DONNA M. RYU

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY,<br><br>    Plaintiffs,<br><br>    v.<br><br>TWILIO INC.,<br><br>    Defendants. | Case No. 4:24-cv-02999-DMR<br><br>**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

( )    **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

( )    **Decline Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE:                              NAME: _____

                                   COUNSEL FOR (OR "PRO SE"):

                                   _____

                                   _____
                                   Signature

*REV. 9-19*