1  DAVIS WRIGHT TREMAINE LLP
2     Ken Payson (*pro hac vice*)
      kenpayson@dwt.com
3     Caitlyn Cowan (*pro hac vice*)
      caitlyncowan@dwt.com
4  920 Fifth Avenue, Suite 3300
   Seattle, WA 98104-1610
5  Telephone: (206) 662-3150

6  DAVIS WRIGHT TREMAINE LLP
7     James H. Moon (SBN 268215)
      jamesmoon@dwt.com
8  865 South Figueroa Street, 24th Floor
   Los Angeles, CA 90017-2566
9  Telephone:  (213) 633-6800

10 *Attorneys for Defendant Twilio Inc.*

11 [Additional Counsel Listed on Signature Page]

12

13              **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
14

15 MICHAEL ANTHONY,                    Case No. No. 3:24-cv-02999-RS

16              Plaintiff,
                                       **STIPULATION OF FURTHER**
17       v.                            **EXTENSION OF TIME FOR**
                                       **DEFENDANT TO RESPOND TO INITIAL**
18 TWILIO INC.,                        **COMPLAINT [L.R. 6.1(A)]**

19 TWILIO INC.,

20              Defendant.

21

22

23

24

25

26

27

28

Pursuant to Civil L.R. 6-1(a), Plaintiff Michael Anthony ("Plaintiff") and Defendant Twilio Inc. ("Defendant") hereby stipulate to an extension of time for Defendant to respond to Plaintiff's complaint. Plaintiff's complaint was filed on May 17, 2024, and served on Defendant on June 4, 2024. Per prior stipulations, Defendant's current deadline to respond is August 22, 2024. The parties hereby stipulate that Defendant's deadline to respond to the complaint is further extended until **September 23, 2024**. The extension will not alter the date of any event or any deadline already fixed by Court order.

Dated: August 5, 2024

KAZEROUNI LAW GROUP, APC

By: /s/ Ryan McBride
Ryan McBride, Esq.

*Attorney for Plaintiff Michael Anthony*

Dated: August 5, 2024

DAVIS WRIGHT TREMAINE LLP

By: /s/ James H. Moon
James H. Moon

*Attorney for Defendant Twilio Inc.*

1

DAVIS WRIGHT TREMAINE LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

## FILER'S ATTESTATION

I, James H. Moon, am the ECF user whose identification and password are being used to file this stipulation on behalf of the parties. In compliance with L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated: August 5, 2024

Davis Wright Tremaine LLP

By: /s/ James H. Moon
     James H. Moon

*Attorney for Defendant Twilio Inc.*

2

Davis Wright Tremaine LLP
Law Offices
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax