DAVIS WRIGHT TREMAINE LLP
  Ken Payson (*pro hac vice*)
  kenpayson@dwt.com
  Caitlyn Cowan (*pro hac vice*)
  caitlyncowan@dwt.com
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 662-3150

DAVIS WRIGHT TREMAINE LLP
  James H. Moon (SBN 268215)
  jamesmoon@dwt.com
865 South Figueroa Street, 24th Floor
Los Angeles, CA 90017-2566
Telephone: (213) 633-6800

*Attorneys for Defendant Twilio Inc.*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TWILIO INC.,<br><br>　　　　Defendant. | Case No. 3:24-cv-02999-RS<br><br>**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE [L.R. 6-2(A)]; [PROPOSED] ORDER** |

STIPULATED REQUEST FOR ORDER CHANGING TIME
Case No. 3:24-cv-02999-RS

DAVIS WRIGHT TREMAINE LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Pursuant to Civil L.R. 6-2, Plaintiff Michael Anthony ("Plaintiff") and Defendant Twilio Inc. ("Defendant") hereby stipulate and respectfully request an order changing the time of the Initial Case Management Conference from September 5, 2024, at 10:00 a.m., to October 31, 2024 at 10:00 a.m.

Plaintiff's Complaint was filed on May 17, 2024, ECF No. 1, and served on Defendant on June 4, 2024, ECF No. 2. Per prior stipulations, Defendant's deadline to respond was extended from June 25, 2024 to September 23, 2024. ECF Nos. 7, 19, 21. The parties have not made a prior request to continue the Initial Case Management Conference. The Court set the Initial Case Management Conference for August 21, 2024. ECF No. 4. The Court continued the Initial Case Management Conference to September 5, 2024, on its own initiative. ECF No. 20.

As explained in the concurrently filed declaration, the parties have been and are currently engaged in early discussions to allow an investigation of Plaintiff's allegations and a potential resolution of those issues short of prolonged litigation. The parties seek to continue the Initial Case Management Conference to October 31, 2024, to allow additional time for meaningful discussion, in the hope of resolving the dispute without Court intervention and prior to incurring potentially unnecessary costs in discovery. The parties do not expect the requested continuance to materially delay this litigation, which is at its infancy. The pleadings are not settled and no trial dates or deadlines have been set.

Accordingly, the parties stipulate and respectfully request the Court order the continuation of the Initial Case Management Conference to October 31, 2024 at 10:00 a.m. The parties will submit a Joint Case Management Statement on October 24, 2024.

Dated: August 12, 2024

KAZEROUNI LAW GROUP, APC

By: /s/ Ryan McBride
Ryan McBride, Esq.

*Attorney for Plaintiff Michael Anthony*

STIPULATED REQUEST FOR ORDER CHANGING TIME (PAGE 1)
Case No. 3:24-cv-02999-RS

DAVIS WRIGHT TREMAINE LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

| | |
|---|---|
| Dated: August 12, 2024 | DAVIS WRIGHT TREMAINE LLP |
| | By: /s/ James H. Moon |
| | James H. Moon |
| | *Attorney for Defendant Twilio Inc.* |

STIPULATED REQUEST FOR ORDER CHANGING TIME (PAGE 2)
Case No. 3:24-cv-02999-RS

DAVIS WRIGHT TREMAINE LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**<u>FILER'S ATTESTATION</u>**

I, James H. Moon, am the ECF user whose identification and password are being used to file this stipulation and request on behalf of the parties. In compliance with L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated: August 12, 2024

DAVIS WRIGHT TREMAINE LLP

By: /s/ James H. Moon
James H. Moon

*Attorney for Defendant Twilio Inc.*

STIPULATED REQUEST FOR ORDER CHANGING TIME (PAGE 3)
Case No. 3:24-cv-02999-RS

DAVIS WRIGHT TREMAINE LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the Initial Case Management Conference shall be continued to October 31, 2024 at 10:00 a.m.  The parties will submit a Joint Case Management Statement on October 24, 2024.

Dated: _____

                                                                         _____
                                                              UNITED STATES CHIEF DISTRICT JUDGE
                                                                        RICHARD SEEBORG