DAVIS WRIGHT TREMAINE LLP
  Ken Payson (*pro hac vice*)
  kenpayson@dwt.com
  Caitlyn Cowan (*pro hac vice*)
  caitlyncowan@dwt.com
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 662-3150

DAVIS WRIGHT TREMAINE LLP
  James H. Moon (SBN 268215)
  jamesmoon@dwt.com
865 South Figueroa Street, 24th Floor
Los Angeles, CA 90017-2566
Telephone:  (213) 633-6800

*Attorneys for Defendant Twilio Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY,<br><br>           Plaintiff,<br><br>       v.<br><br>TWILIO INC.,<br><br>           Defendant. | Case No. 3:24-cv-02999-RS<br><br>**DECLARATION OF JAMES H. MOON IN SUPPORT OF STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

DECLARATION OF JAMES H. MOON
Case No. 3:24-cv-02999-RS

DAVIS WRIGHT TREMAINE LLP
LAW OFFICES
865 South Figueroa Street, 24th Floor
Los Angeles, CA 90017-2566
213.633.6800 main

# DECLARATION OF JAMES H. MOON

I, James H. Moon, declare as follows:

1. I am a member in good standing of the bar of the state of California and a partner at the law firm of Davis Wright Tremaine LLP. I represent Defendant Twilio Inc. in the above-referenced matter. I make this declaration based on my personal knowledge obtained through that representation.

2. Plaintiff Michael Anthony's Complaint was filed on May 17, 2024, ECF No. 1, and served on Defendant on June 4, 2024, ECF No. 2. Per prior stipulations, Defendant's deadline to respond was extended from June 25, 2024 to September 23, 2024. ECF Nos. 7, 19, 21. The parties have not made a prior request to continue the Initial Case Management Conference. The Court set the Initial Case Management Conference for August 21, 2024. ECF No. 4. The Court continued the Initial Case Management Conference to September 5, 2024, on its own initiative. ECF No. 20.

3. I have conferred with counsel for Plaintiff. The parties have been and are currently engaged in early discussions to allow an investigation of Plaintiff's allegations and a potential resolution of those issues short of prolonged litigation. The parties seek to continue the Initial Case Management Conference to October 31, 2024, to allow additional time for meaningful discussion, in the hope of resolving the dispute without Court intervention and prior to incurring potentially unnecessary costs in discovery.

4. I do not expect the requested continuance to materially delay this litigation, which is at its infancy. The pleadings are not settled and no trial dates or deadlines have been set.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of August 2024 at Los Angeles, California.

/s/ James H. Moon
James H. Moon

DECLARATION OF JAMES H. MOON
Case No. 3:24-cv-02999-RS

DAVIS WRIGHT TREMAINE LLP
LAW OFFICES
865 South Figueroa Street, 24th Floor
Los Angeles, CA 90017-2566
213.633.6800 main