DAVIS WRIGHT TREMAINE LLP
  Ken Payson (*pro hac vice*)
  kenpayson@dwt.com
  Caitlyn Cowan (*pro hac vice*)
  caitlyncowan@dwt.com
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 662-3150

DAVIS WRIGHT TREMAINE LLP
  James H. Moon (SBN 268215)
  jamesmoon@dwt.com
865 South Figueroa Street, 24th Floor
Los Angeles, CA 90017-2566
Telephone:  (213) 633-6800

*Attorneys for Defendant Twilio Inc.*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY,<br><br>    Plaintiff,<br><br>    v.<br><br>TWILIO INC.,<br><br>    Defendant. | Case No. 3:24-cv-02999-RS<br><br>**STIPULATION OF FURTHER EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO INITIAL COMPLAINT [L.R. 6.1(A)]** |

STIPULATION OF EXTENSION OF TIME
Case No. 3:24-cv-02999-RS

DAVIS WRIGHT TREMAINE LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1       Pursuant to Civil L.R. 6-1(a), Plaintiff Michael Anthony ("Plaintiff") and Defendant Twilio Inc. ("Defendant") hereby stipulate to an extension of time for Defendant to respond to Plaintiff's complaint. Plaintiff's complaint was filed on May 17, 2024, and served on Defendant on June 4, 2024. Per prior stipulations, Defendant's current deadline to respond is September 23, 2024. The parties hereby stipulate that Defendant's deadline to respond to the complaint is further extended until **October 23, 2024**. The extension will not alter the date of any event or any deadline already fixed by Court order.

Dated: September 17, 2024                    KAZEROUNI LAW GROUP, APC

                                                                         By: */s/ Ryan McBride*
                                                                                          Ryan McBride, Esq.

                                                                    *Attorney for Plaintiff Michael Anthony*


Dated: September 17, 2024                    DAVIS WRIGHT TREMAINE LLP

                                                                         By: */s/ James H. Moon*
                                                                                    James H. Moon

                                                                    *Attorney for Defendant Twilio Inc.*

1

STIPULATION OF EXTENSION OF TIME
Case No. 3:24-cv-02999-RS

DAVIS WRIGHT TREMAINE LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**FILER'S ATTESTATION**

I, James H. Moon, am the ECF user whose identification and password are being used to file this stipulation on behalf of the parties. In compliance with L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated: September 17, 2024

DAVIS WRIGHT TREMAINE LLP

By: */s/ James H. Moon*
James H. Moon

*Attorney for Defendant Twilio Inc.*

2

STIPULATION OF EXTENSION OF TIME
Case No. 3:24-cv-02999-RS

DAVIS WRIGHT TREMAINE LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax