DAVIS WRIGHT TREMAINE LLP
  James H. Moon (SBN 268215)
  jamesmoon@dwt.com
865 South Figueroa Street, 24th Floor
Los Angeles, CA 90017-2566
Telephone: (213) 633-6800

DAVIS WRIGHT TREMAINE LLP
  Kenneth E. Payson (*pro hac vice*)
  kenpayson@dwt.com
  Caitlyn G. Cowan (*pro hac vice*)
  caitlyncowan@dwt.com
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 662-3150

*Attorneys for Defendant Twilio Inc.*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY, | Case No. 3:24-cv-02999-RS |
| Plaintiff, | **SECOND STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE [L.R. 6-2(A)]; [PROPOSED] ORDER** |
| v. | |
| TWILIO INC., | |
| Defendant. | |

STIPULATED REQUEST FOR ORDER CHANGING TIME
Case No. 3:24-cv-02999-RS

DAVIS WRIGHT TREMAINE LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Pursuant to Civil L.R. 6-2, Plaintiff Michael Anthony ("Plaintiff") and Defendant Twilio Inc. ("Defendant") hereby stipulate and respectfully request an order changing the time of the Initial Case Management Conference from October 31, 2024, at 10:00 a.m., to December 5, 2024 at 10:00 a.m.

Plaintiff's Complaint was filed on May 17, 2024, ECF No. 1, and served on Defendant on June 4, 2024, ECF No. 2. Per prior stipulations, Defendant's deadline to respond was extended from June 25, 2024 to October 23, 2024. ECF Nos. 7, 19, 21, 25.

The parties have made one prior request to continue the Initial Case Management Conference. ECF No. 22. The Court first set the Initial Case Management Conference for August 21, 2024. ECF No. 4. The Court continued the Initial Case Management Conference to September 5, 2024, on its own initiative. ECF No. 20. The Court later continued the Initial Case Management Conference to October 31, 2024, per the stipulated request of the parties. ECF No. 24.

As explained in the concurrently filed declaration, the parties continue to engage in early discussions to allow an investigation of Plaintiff's allegations and a potential resolution of those issues short of prolonged litigation. The parties sought to continue the Initial Case Management Conference to October 31, 2024 on August 12, 2024, to allow additional time for meaningful discussion, in the hope of resolving the dispute without Court intervention and prior to incurring potentially unnecessary costs in discovery. ECF No. 22. The parties now seek to extend the Initial Case Management Conference further to December 5, 2024, in line with the 30-day extension of the response deadline since their prior request, to allow additional time for meaningful discussion, as well the submission of Defendant's initial response to the Complaint if necessary. The parties do not expect the requested continuance to materially delay this litigation, which is at its infancy. The pleadings are not settled and no trial dates or deadlines have been set.

Accordingly, the parties stipulate and respectfully request the Court order the continuation of the Initial Case Management Conference to December 5, 2024 at 10:00 a.m. The parties will submit a Joint Case Management Statement on November 21, 2024.

STIPULATED REQUEST FOR ORDER CHANGING TIME (PAGE 1)
Case No. 3:24-cv-02999-RS

DAVIS WRIGHT TREMAINE LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| Dated: October 16, 2024 | | KAZEROUNI LAW GROUP, APC |
| | By: | /s/ Ryan McBride |
| | | Ryan McBride, Esq. |

*Attorney for Plaintiff Michael Anthony*

| | | |
|---|---|---|
| Dated: October 16, 2024 | | DAVIS WRIGHT TREMAINE LLP |
| | By: | /s/ James H. Moon |
| | | James H. Moon |

*Attorney for Defendant Twilio Inc.*

STIPULATED REQUEST FOR ORDER CHANGING TIME (PAGE 2)
Case No. 3:24-cv-02999-RS

DAVIS WRIGHT TREMAINE LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

# FILER'S ATTESTATION

I, James H. Moon, am the ECF user whose identification and password are being used to file this stipulation and request on behalf of the parties. In compliance with L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated: October 16, 2024

DAVIS WRIGHT TREMAINE LLP

By: /s/ James H. Moon
James H. Moon

*Attorney for Defendant Twilio Inc.*

STIPULATED REQUEST FOR ORDER CHANGING TIME (PAGE 3)
Case No. 3:24-cv-02999-RS

DAVIS WRIGHT TREMAINE LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the Initial Case Management Conference shall be continued to December 5, 2024 at 10:00 a.m. The parties will submit a Joint Case Management Statement on November 21, 2024.

Dated: _____

_____
UNITED STATES CHIEF DISTRICT JUDGE
RICHARD SEEBORG