James H. Moon (CA State Bar No. 268215)
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone:    (213) 633-6800
Facsimile:    (213) 633-6899
Email: jamesmoon@dwt.com

Kenneth E. Payson (*pro hac vice*)
Caitlyn G. Cowan (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, 33rd Floor
Seattle, Washington 98104-1610
Telephone:    (206) 662-3150
Facsimile:    (206) 757-7700
Email: kenpayson@dwt.com
        caitlyncowan@dwt.com

*Attorneys for Defendant Twilio Inc.*

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL ANTHONY, | Case No. 3:24-cv-02999-RS |
| Plaintiff, | Assigned to the Honorable Richard Seeborg |
| v. | **[PROPOSED] ORDER GRANTING DEFENDANT TWILIO INC.'S MOTION TO DISMISS COMPLAINT** |
| TWILIO INC., | |
| Defendant. | **[*Filed Concurrently with Notice of Motion and Motion to Dismiss Complaint*]** |
| | Date:    January 9, 2025<br>Time:    1:30 p.m.<br>Crtm:    3 |
| | Action Filed: May 17, 2024 |

DAVIS WRIGHT TREMAINE LLP

DAVIS WRIGHT TREMAINE LLP

1    This matter comes before the Court on Defendant Twilio Inc.'s Motion to Dismiss

2  Plaintiff's Complaint under Federal Rule of Civil Procedure 12(b)(6). Having considered

3  Defendant's Motion, all briefing submitted in support of or in opposition to the Motion, the

4  pleadings on file in this case, and any oral argument of counsel, the Court GRANTS Defendant's

5  Motion and dismisses Plaintiff's Complaint. Plaintiff's Complaint is **DISMISSED** with

6  prejudice.

7    **IT IS SO ORDERED.**

8

9  Dated: _____

10

11

12                    HONORABLE RICHARD SEEBORG
                      UNITED STATES CHIEF DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER ON TWILIO'S MOTION TO DISMISS
Case No. 3:24-cv-02999-RS