KAZEROUNI LAW GROUP, APC
Ryan L. McBride, Esq. (297557)
ryan@kazlg.com
2221 Camino Del Rio S., #101
San Diego, CA 92108
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
*Michael Anthony*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL ANTHONY, <br><br> Plaintiff, <br><br> v. <br><br> TWILIO INC., <br><br> Defendant. | Case No.: 3:24-cv-02999-RS <br><br> **DECLARATION OF RYAN L. MCBRIDE IN SUPPORT OF MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT** <br><br> **Date**: January 16, 2025 <br> **Time**: 1:30 p.m. <br> **Courtroom**: 3 <br> **Judge**: Richard Seeborg <br><br> Complaint Filed: May 17, 2024 |

## DECLARATION OF RYAN L. MCBRIDE

I, Ryan L. McBride, declare:

1. I am the attorney for the Plaintiff in this action, Michael Anthony (the "Plaintiff") against defendant Twilio Inc. ("Defendant").

2. I am over the age of 18 and fully competent to make this declaration. I was admitted to the State Bar of California in 2014 and have been a member in good standing ever since that time.

3. I am also admitted to the state bars of Arizona, Washington, Utah, and Florida, as well as the Ninth Circuit Court of Appeals.

4. I have personal knowledge of the following facts and, if called upon as a witness, could and would competently testify thereto, except as to those matters which are explicitly set forth as based upon my information and belief and, as to such matters, I am informed and believe that they are true and correct.

5. I am writing this declaration in support of the Plaintiff's Motion for Leave to File An Amended Complaint.

6. As a result of Defendant's Motion to Dismiss (ECF No. 28), Plaintiff drafted a proposed amended pleading and shared the pleading with Twilio's counsel. Plaintiff did so to avoid wasting this Court's valuable judicial resources in having to rule on a motion to dismiss the initial complaint.

7. Unfortunately, Twilio would not agree to stipulate to an amended pleading without certain wholly unnecessary revisions to the proposed amended pleading.

8. Plaintiff was left with no choice but to file a Motion seeking leave to amend the complaint to address the alleged defects raised in the motion to dismiss.

I declare under penalty of perjury that the foregoing is true and correct, executed on December 9, 2024, pursuant to the laws of the United States and the State of California.

/s/ Ryan L. McBride
Ryan L. McBride

McBRIDE DECL. IN SUPP. OF MTN. FOR LEAVE TO FILE AN AMENDED COMPLAINT
CASE NO. 3:24-CV-02999-RS                 1