# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL ANTHONY, | Case No.: 3:24-cv-02999-RS |
| Plaintiff, | **ORDER** |
| v. | **Date**: January 16, 2025 |
| TWILIO INC., | **Time**: 1:30 p.m. |
| Defendant. | **Courtroom**: 3 |
| | **Judge**: Richard Seeborg |
| | Complaint Filed: May 17, 2024 |

CASE NO. 3:24-CV-02999-RS

Pursuant to Plaintiff Michael Anthony's ("Plaintiff") Motion for Leave to File an Amended Complaint, and for good cause shown, Plaintiff is granted leave to file a First Amended Complaint by _____ [date].

Dated: _____

                  _____
                  Chief District Judge Richard Seeborg