| | |
|---|---|
| 1 | James H. Moon (CA State Bar No. 268215) |
| | DAVIS WRIGHT TREMAINE LLP |
| 2 | 865 South Figueroa Street, 24th Floor |
| | Los Angeles, California 90017-2566 |
| 3 | Telephone: (213) 633-6800 |
| | Facsimile: (213) 633-6899 |
| 4 | Email: jamesmoon@dwt.com |

Kenneth E. Payson (*pro hac vice*)
Caitlyn G. Cowan (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, 33rd Floor
Seattle, Washington 98104-1610
Telephone: (206) 662-3150
Facsimile: (206) 757-7700
Email: kenpayson@dwt.com
       caitlyncowan@dwt.com

*Attorneys for Defendant Twilio Inc.*

[Additional Counsel Listed on Signature Page]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL ANTHONY, | Case No. 3:24-cv-02999-RS |
| Plaintiff, | Assigned to the Honorable Richard Seeborg |
| v. | **STIPULATION OF EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO FIRST AMENDED COMPLAINT [L.R. 6-1(a)]** |
| TWILIO INC., | |
| Defendant. | |

Pursuant to Civil L.R. 6-1(a), Plaintiff Michael Anthony ("Plaintiff") and Defendant Twilio Inc. ("Defendant") hereby stipulate to an extension of time for Defendant to respond to Plaintiff's First Amended Complaint. Plaintiff's First Amended Complaint was filed and served on Defendant on December 18, 2024. *See* ECF No. 30. Per Federal Rule of Civil Procedure 15(a)(3), Defendant's deadline to respond is January 2, 2025. The parties hereby stipulate that Defendant's deadline to respond to the First Amended Complaint is extended until January 13, 2025. The extension will not alter the date of any event or any deadline already fixed by Court order.

Dated: December 30, 2024

KAZEROUNI LAW GROUP, APC

By: */s/ Ryan McBride*
Ryan McBride, Esq.

*Attorney for Plaintiff Michael Anthony*

Dated: December 30, 2024

DAVIS WRIGHT TREMAINE LLP

By: */s/ James H. Moon*
James H. Moon

*Attorney for Defendant Twilio Inc.*

# FILER'S ATTESTATION

I, James H. Moon, am the ECF user whose identification and password are being used to file this stipulation on behalf of the parties. In compliance with L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated: December 30, 2024                    DAVIS WRIGHT TREMAINE LLP

By: */s/ James H. Moon*
    James H. Moon

*Attorney for Defendant Twilio Inc.*