James H. Moon (CA State Bar No. 268215)
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone:     (213) 633-6800
Facsimile:     (213) 633-6899
Email: jamesmoon@dwt.com

Kenneth E. Payson (*pro hac vice*)
Caitlyn G. Cowan (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, 33rd Floor
Seattle, Washington 98104-1610
Telephone:     (206) 662-3150
Facsimile:     (206) 757-7700
Email: kenpayson@dwt.com
          caitlyncowan@dwt.com

*Attorneys for Defendant Twilio Inc.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL ANTHONY, | Case No. 3:24-cv-02999-RS |
| Plaintiff, | Assigned to the Honorable Richard Seeborg |
| v. | **DEFENDANT TWILIO INC.'S ANSWER TO FIRST AMENDED COMPLAINT** |
| TWILIO INC., | |
| Defendant. | |

DAVIS WRIGHT TREMAINE LLP

1    Defendant Twilio Inc. ("Twilio") hereby answers the corresponding numbered

2 paragraphs of the First Amended Complaint ("FAC") filed by Plaintiff Michael Anthony

3 ("Plaintiff") as follows:

4                                              **INTRODUCTION**

5    1.    Twilio admits Plaintiff purports to bring a claim for alleged violation of the

6 Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, but denies that it has violated

7 the TCPA or that Plaintiff is entitled to any of the relief sought.  Except as expressly admitted,

8 Twilio denies the allegations of paragraph 1.

9    2.    Twilio admits that Plaintiff purports to paraphrase a document, which speaks for

10 itself.  Twilio admits it was founded in 2008.  Twilio admits that its application program

11 interfaces ("APIs") provide a set of protocols and tools for building software applications, which

12 enable third-party software developers to create applications of their design to make and receive

13 calls, videos, and text messages.  To the extent further response is required, Twilio denies the

14 allegations of paragraph 2.

15    3.    Twilio admits that Plaintiff purports to paraphrase a document, which speaks for

16 itself.  Twilio admits that it provides services in more than 180 countries, offering the

17 programming tools for its customers to design and implement their individualized computer

18 coding and data to communicate with consumers across the globe.  To the extent further response

19 is required, Twilio denies the allegations of paragraph 3.

20    4.    Twilio denies the allegations of paragraph 4.

21    5.    Twilio admits that Plaintiff purports to paraphrase a document, which speaks for

22 itself.  To the extent further response is required, Twilio denies the allegations of paragraph 5.

23    6.    Twilio admits that Plaintiff purports to paraphrase a document, which speaks for

24 itself.  To the extent further response is required, Twilio denies the allegations of paragraph 6.

25    7.    Twilio admits that Plaintiff purports to paraphrase a document, which speaks for

26 itself.  To the extent further response is required, Twilio denies the allegations of paragraph 7.

27

28

DAVIS WRIGHT TREMAINE LLP

8.      Twilio admits that Plaintiff purports to paraphrase and quote a document, which speaks for itself.  To the extent further response is required, Twilio denies the allegations of paragraph 8.

9.      Twilio admits that Plaintiff purports to quote a document, which speaks for itself. To the extent further response is required, Twilio denies the allegations of paragraph 9.

10.     Twilio denies the allegations of paragraph 10.

11.     Twilio lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 11, and therefore denies them.

12.     Twilio denies the allegations of paragraph 12.

13.     Twilio denies the allegations of paragraph 13.

14.     Twilio admits Plaintiff purports to seek statutory damages and equitable relief, but denies that Plaintiff is entitled to any of the relief sought.  Except as expressly admitted, Twilio denies the allegations of paragraph 14.

15.     Twilio lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 15, and therefore denies them.

16.     Twilio denies the allegations of paragraph 16.

17.     Twilio denies the allegations of paragraph 17.

18.     Twilio denies the allegations of paragraph 18.

19.     This paragraph purports to define the scope of Plaintiff's use of names in the Complaint to which no response is required.  To the extent a response is required, Twilio denies the allegations of paragraph 19.

**NATURE OF THE ACTION**

20.     This paragraph contains legal conclusions to which no response is required.  To the extent a response is required, Twilio denies the allegations of paragraph 20.

21.     This paragraph contains legal conclusions to which no response is required.  To the extent a response is required, Twilio denies the allegations of paragraph 21.

22.     Twilio admits that Plaintiff purports to paraphrase a document, which speaks for itself.  To the extent further response is required, Twilio denies the allegations of paragraph 22.

23.     Twilio admits that Plaintiff purports to quote a document, which speaks for itself. To the extent further response is required, Twilio denies the allegations of paragraph 23.

24.     Twilio admits that Plaintiff purports to paraphrase a document, which speaks for itself.  To the extent further response is required, Twilio denies the allegations of paragraph 24.

25.     This paragraph contains legal conclusions to which no response is required.  To the extent a response is required, Twilio denies the allegations of paragraph 25.

26.     This paragraph contains legal conclusions to which no response is required.  To the extent a response is required, Twilio denies the allegations of paragraph 26.

27.     Twilio denies the allegations of paragraph 27.

28.     Twilio denies the allegations of paragraph 28.

## JURISDICTION AND VENUE

29.     This paragraph contains legal conclusions to which no response is required.  To the extent a response is required, Twilio admits this Court has subject matter jurisdiction.  Except as expressly admitted, Twilio denies the allegations of paragraph 29.

30.     This paragraph contains legal conclusions to which no response is required.  To the extent a response is required, Twilio does not dispute the Court's personal jurisdiction. Except as expressly admitted, Twilio denies the allegations of paragraph 30.

31.     This paragraph contains legal conclusions to which no response is required.  To the extent a response is required, Twilio admits venue is proper in this judicial district.  Except as expressly admitted, Twilio denies the allegations of paragraph 31.

## PARTIES

32.     Twilio lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 32, and therefore denies them.

33.     Twilio admits the allegations of paragraph 33.

## THE TCPA

34.     This paragraph contains legal conclusions to which no response is required.  To the extent a response is required, Twilio denies the allegations of paragraph 34.

35.     This paragraph contains legal conclusions to which no response is required. To the extent a response is required, Twilio denies the allegations of paragraph 35.

36.     This paragraph contains legal conclusions to which no response is required. To the extent a response is required, Twilio denies the allegations of paragraph 36.

37.     This paragraph contains legal conclusions to which no response is required. To the extent a response is required, Twilio denies the allegations of paragraph 37.

38.     This paragraph contains legal conclusions to which no response is required. To the extent a response is required, Twilio denies the allegations of paragraph 38.

39.     This paragraph contains legal conclusions to which no response is required. To the extent a response is required, Twilio denies the allegations of paragraph 39.

40.     This paragraph contains legal conclusions to which no response is required. To the extent a response is required, Twilio denies the allegations of paragraph 40.

41.     This paragraph contains legal conclusions to which no response is required. To the extent a response is required, Twilio denies the allegations of paragraph 41.

42.     This paragraph contains legal conclusions to which no response is required. To the extent a response is required, Twilio denies the allegations of paragraph 42.

43.     This paragraph contains legal conclusions to which no response is required. To the extent a response is required, Twilio denies the allegations of paragraph 43.

44.     This paragraph contains legal conclusions to which no response is required. To the extent a response is required, Twilio denies the allegations of paragraph 44.

45.     This paragraph contains legal conclusions to which no response is required. To the extent a response is required, Twilio denies the allegations of paragraph 45.

46.     Twilio admits that Plaintiff purports to quote portions of a document, which speaks for itself. To the extent further response is required, Twilio denies the allegations of paragraph 46.

47.     This paragraph contains legal conclusions to which no response is required. To the extent a response is required, Twilio denies the allegations of paragraph 47.

48.     This paragraph contains legal conclusions to which no response is required.  To the extent a response is required, Twilio denies the allegations of paragraph 48.

49.     This paragraph contains legal conclusions to which no response is required.  To the extent a response is required, Twilio denies the allegations of paragraph 49.

50.     This paragraph contains legal conclusions to which no response is required.  To the extent a response is required, Twilio denies the allegations of paragraph 50.

51.     This paragraph contains legal conclusions to which no response is required.  To the extent a response is required, Twilio denies the allegations of paragraph 51.

52.     This paragraph contains legal conclusions to which no response is required.  To the extent a response is required, Twilio denies the allegations of paragraph 52.

53.     This paragraph contains legal conclusions to which no response is required.  To the extent a response is required, Twilio denies the allegations of paragraph 53.

54.     This paragraph contains legal conclusions to which no response is required.  To the extent a response is required, Twilio denies the allegations of paragraph 54.

55.     This paragraph contains legal conclusions to which no response is required.  To the extent a response is required, Twilio denies the allegations of paragraph 55.

56.     This paragraph contains legal conclusions to which no response is required.  To the extent a response is required, Twilio denies the allegations of paragraph 56.

57.     This paragraph contains legal conclusions to which no response is required.  To the extent a response is required, Twilio denies the allegations of paragraph 57.

## FACTUAL ALLEGATIONS

58.     This paragraph contains legal conclusions to which no response is required.  To the extent a response is required, Twilio denies the allegations of paragraph 58.

59.     This paragraph contains legal conclusions to which no response is required.  To the extent a response is required, Twilio denies the allegations of paragraph 59.

60.     This paragraph contains legal conclusions to which no response is required.  To the extent a response is required, Twilio denies the allegations of paragraph 60.

DAVIS WRIGHT TREMAINE LLP

61.     This paragraph contains legal conclusions to which no response is required.  To the extent a response is required, Twilio denies the allegations of paragraph 61.

62.     Twilio admits that Plaintiff purports to quote a document, which speaks for itself.  To the extent further response is required, Twilio denies the allegations of paragraph 62.

63.     Twilio admits that Plaintiff purports to quote a document, which speaks for itself.  To the extent further response is required, Twilio denies the allegations of paragraph 63.

64.     Twilio admits that Plaintiff purports to paraphrase a document, which speaks for itself.  To the extent further response is required, Twilio denies the allegations of paragraph 64.

65.     Twilio admits that Plaintiff purports to paraphrase a document, which speaks for itself.  To the extent further response is required, Twilio denies the allegations of paragraph 65.

66.     This paragraph contains legal conclusions to which no response is required.  To the extent a response is required, Twilio denies the allegations of paragraph 66.

67.     This paragraph contains legal conclusions to which no response is required.  To the extent a response is required, Twilio denies the allegations of paragraph 67.

68.     Twilio denies the allegations of paragraph 68.

69.     Twilio admits that Plaintiff purports to paraphrase a document, which speaks for itself.  To the extent further response is required, Twilio denies the allegations of paragraph 69.

70.     Twilio admits that Plaintiff purports to quote a document, which speaks for itself.  To the extent further response is required, Twilio denies the allegations of paragraph 70.

71.     Twilio lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 71, and therefore denies them.

72.     This paragraph contains legal conclusions to which no response is required.  To the extent a response is required, Twilio denies the allegations of paragraph 72.

73.     Twilio lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 73, and therefore denies them.

74.     Twilio lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 74, and therefore denies them.

75.     Twilio denies the allegations of paragraph 75.

76. Twilio denies the allegations of paragraph 76.

77. Twilio denies the allegations of paragraph 77.

78. Twilio denies the allegations of paragraph 78.

79. Twilio admits that in or around July 2021 Plaintiff communicated with Matthew Gainer. The remaining allegations of paragraph 79 contain legal conclusions to which no response is required. To the extent a response is required, Twilio denies those allegations.

80. Twilio admits that Plaintiff purports to quote an email, which speaks for itself. To the extent further response is required, Twilio denies the allegations of paragraph 80.

81. Twilio admits that in or around July 2021 Plaintiff communicated with Katie Chang. The remaining allegations of paragraph 81 contain legal conclusions to which no response is required. To the extent a response is required, Twilio denies those allegations.

82. Twilio admits that Plaintiff purports to quote an email, which speaks for itself. To the extent further response is required, Twilio denies the allegations of paragraph 82.

83. Twilio denies the allegations of paragraph 83.

84. Twilio denies the allegations of paragraph 84.

85. Twilio denies the allegations of paragraph 85.

86. Twilio denies the allegations of paragraph 86.

87. This paragraph contains legal conclusions to which no response is required. To the extent a response is required, Twilio denies the allegations of paragraph 87.

88. Twilio lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 88, and therefore denies them.

89. Twilio lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 89, and therefore denies them.

90. Twilio denies the allegations of paragraph 90.

91. Twilio lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 91, and therefore denies them.

92. Twilio lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 92, and therefore denies them.

93.     Twilio denies the allegations of paragraph 93.

94.     Twilio denies the allegations of paragraph 94.

95.     Twilio denies the allegations of paragraph 95.

96.     Twilio lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 96, and therefore denies them.

97.     Twilio lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 97, and therefore denies them.

98.     Twilio denies the allegations of paragraph 98.

99.     Twilio admits that a number ending in -8278 sent Plaintiff text messages.  Twilio admits that Plaintiff purports to paraphrase text messages, which speak for themselves.  To the extent further response is required, Twilio denies the allegations of paragraph 99.

100.    Twilio denies the allegations of paragraph 100.

101.    This paragraph contains legal conclusions to which no response is required.  To the extent a response is required, Twilio denies the allegations of paragraph 101.

102.    Twilio lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 102, and therefore denies them.

103.    Twilio denies the allegations of paragraph 103.

104.    Twilio admits that Plaintiff purports to paraphrase and quote a website, which speaks for itself.  To the extent further response is required, Twilio denies the allegations of paragraph 104.

105.    This paragraph contains legal conclusions to which no response is required.  To the extent a response is required, Twilio denies the allegations of paragraph 105.

106.    Twilio lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 106, and therefore denies them.

107.    Twilio admits that Plaintiff purports to quote a website, which speaks for itself.  To the extent further response is required, Twilio denies the allegations of paragraph 107.

108.    Twilio lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 108, and therefore denies them.

1    109.    Twilio denies the allegations of paragraph 109.

2    110.    Twilio denies the allegations of paragraph 110.

3    111.    Twilio admits that Plaintiff purports to quote a website, which speaks for itself.

4 To the extent further response is required, Twilio denies the allegations of paragraph 111.

5    112.    Twilio admits that Plaintiff purports to quote a website, which speaks for itself.

6 To the extent further response is required, Twilio denies the allegations of paragraph 112.

7    113.    Twilio lacks knowledge or information sufficient to form a belief about the truth

8 of the allegations of paragraph 113, and therefore denies them.

9    114.    Twilio admits that Plaintiff purports to paraphrase and quote text messages, which

10 speak for themselves.  To the extent further response is required, Twilio denies the allegations of

11 paragraph 114.

12    115.    Twilio denies the allegations of paragraph 115.

13    116.    Twilio denies the allegations of paragraph 116.

14    117.    The allegations of paragraph 117 are unintelligible.  To the extent a response is

15 required, Twilio denies the allegations of paragraph 117.

16    118.    Twilio lacks knowledge or information sufficient to form a belief about the truth

17 of the allegations of paragraph 118, and therefore denies them.

18    119.    Twilio denies the allegations of paragraph 119.

19    120.    Twilio denies the allegations of paragraph 120.

20    121.    Twilio denies the allegations of paragraph 121.

21    122.    Twilio lacks knowledge or information sufficient to form a belief about the truth

22 of the allegations of paragraph 122, and therefore denies them.

23    123.    Twilio lacks knowledge or information sufficient to form a belief about the truth

24 of the allegations of paragraph 123, and therefore denies them.

25    124.    Twilio admits that Plaintiff purports to paraphrase a website, which speaks for

26 itself.  To the extent further response is required, Twilio denies the allegations of paragraph 124.

27    125.    This paragraph contains legal conclusions to which no response is required.  To

28 the extent a response is required, Twilio denies the allegations of paragraph 125.

TWILIO'S ANSWER
Case No. 3:24-cv-02999-RS

126. Twilio lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 126, and therefore denies them.

127. Twilio denies the allegations of paragraph 127.

128. Twilio lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 128, and therefore denies them.

129. Twilio lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 129, and therefore denies them.

130. This paragraph contains legal conclusions to which no response is required. To the extent a response is required, Twilio denies the allegations of paragraph 130.

131. Twilio lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 131, and therefore denies them.

132. Twilio denies the allegations of paragraph 132.

133. Twilio denies the allegations of paragraph 133.

134. Twilio denies the allegations of paragraph 134.

## FIRST CAUSE OF ACTION

135. Twilio re-alleges and incorporates by reference its responses as set forth herein.

136. This paragraph contains legal conclusions to which no response is required. To the extent a response is required, Twilio denies the allegations of paragraph 136.

137. Twilio denies the allegations of paragraph 137.

138. Twilio denies the allegations of paragraph 138.

139. Twilio denies the allegations of paragraph 139.

140. Twilio denies the allegations of paragraph 140.

141. Twilio denies the allegations of paragraph 141.

## PRAYER FOR RELIEF AND JURY DEMAND

The remainder of the FAC is a prayer for relief and jury demand to which no response is required. To the extent a response is required, Twilio denies that Plaintiff is entitled to any of the relief sought. Twilio requests that this Court enter an order dismissing Plaintiff's claim with

prejudice, awarding costs of suit and attorneys' fees to Twilio, and granting Twilio such other and further relief as the Court deems just and proper.

## AFFIRMATIVE DEFENSES

Without conceding that any of the following necessarily must be pleaded as an affirmative defense or that any of the following is not already at issue by virtue of the foregoing responses to Plaintiff's allegations, Twilio hereby asserts the following defenses. Twilio reserves the right to amend or supplement its affirmative defenses.

### First Affirmative Defense

1.     Plaintiff's claim was caused by the fault of another, including but not limited to third parties and Plaintiff, and Twilio is not responsible for their conduct.

### Second Affirmative Defense

2.     Plaintiff's claim fails to the extent he consented to receive the calls or texts at issue.

### Third Affirmative Defense

3.     Plaintiff's claim fails to the extent he had an established business relationship with the parties that sent the calls or texts at issue.

### Fourth Affirmative Defense

4.     Plaintiff has sustained no cognizable injury or damages.

### Fifth Affirmative Defense

5.     Plaintiff has failed to take reasonable steps to mitigate his alleged damages, if any, and his recovery must be barred or diminished accordingly.

### Sixth Affirmative Defense

6.     Plaintiff's recovery is barred by his unclean hands and the doctrine of *in pari delicto*.

### Seventh Affirmative Defense

7.     Twilio established and implemented, with due care, reasonable practices and procedures to effectively prevent unlawful telephone solicitations.

DATED: January 13, 2025

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By:  /s/ James H. Moon

James H. Moon, CA Bar No. 268215
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Facsimile: (213) 633-6899
Email: jamesmoon@dwt.com

Kenneth E. Payson (*pro hac vice*)
Caitlyn G. Cowan (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, 33rd Floor
Seattle, Washington 98104-1610
Telephone: (206) 662-3150
Facsimile: (206) 757-7700
Email: kenpayson@dwt.com
        caitlyncowan@dwt.com

*Attorneys for Defendant Twilio Inc.*

DAVIS WRIGHT TREMAINE LLP