James H. Moon (CA State Bar No. 268215)
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071-3487
Telephone:  (213) 633-6800
Facsimile:  (213) 633-6899
Email: jamesmoon@dwt.com

Kenneth E. Payson (*pro hac vice*)
Caitlyn Cowan Courtney (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, 33rd Floor
Seattle, Washington 98104-1610
Telephone:  (206) 622-3150
Facsimile:  (206) 757-7700
Email: kenpayson@dwt.com
         caitlyncourtney@dwt.com

*Attorneys for Defendant Twilio Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL ANTHONY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TWILIO INC.,<br><br>　　　　Defendant. | Case No. 3:24-cv-02999-RS<br><br>Assigned to the Honorable Richard Seeborg<br><br>**NOTICE OF CHANGE OF NAME AND EMAIL ADDRESS** |

Please take notice that, effective immediately, Caitlyn G. Cowan of Davis Wright Tremaine LLP, counsel for Twilio Inc. in the above-captioned case, has changed her name to Caitlyn Cowan Courtney.

Ms. Courtney's telephone number, fax number, and physical address remain unchanged. Her new email address is: caitlyncourtney@dwt.com.

Dated: March 28, 2025

DAVIS WRIGHT TREMAINE LLP

By: */s/ Caitlyn Cowan Courtney*
Caitlyn Cowan Courtney (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, 33rd Floor
Seattle, Washington 98104-1610
Telephone: (206) 622-3150
Facsimile: (206) 757-7700
Email: kenpayson@dwt.com
   caitlyncourtney@dwt.com

*Attorney for Defendant Twilio Inc.*