James H. Moon (CA State Bar No. 268215)
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071-3487
Telephone: (213) 633-6800
Facsimile: (213) 633-6899
Email: jamesmoon@dwt.com

Kenneth E. Payson (*pro hac vice*)
Caitlyn Cowan Courtney (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, 33rd Floor
Seattle, Washington 98104-1610
Telephone: (206) 622-3150
Facsimile: (206) 757-7700
Email: kenpayson@dwt.com
       caitlyncourtney@dwt.com

*Attorneys for Defendant Twilio Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL ANTHONY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TWILIO INC.,<br><br>　　　　Defendant. | Case No. 3:24-cv-02999-RS<br><br>Assigned to the Honorable Richard Seeborg<br><br>**NOTICE OF CHANGE OF FIRM ADDRESS** |

1 | Please take notice that, effective immediately, the address of Counsel for defendant
2 | Twilio Inc. has changed its Los Angeles office address (see below) and our Seattle office address
3 | remains the same:

> Davis Wright Tremaine LLP
> 350 South Grand Avenue, 27th Floor
> Los Angeles, California 90071
> Telephone: (213) 633-6800
> Fax: (213) 633-6899

Dated: April 4, 2025

DAVIS WRIGHT TREMAINE LLP

By: /s/ James H. Moon
James H. Moon

*Attorney for Defendant Twilio Inc.*

NOTICE OF CHANGE OF FIRM ADDRESS
Case No. 3:24-cv-02999-RS