**KAZEROUNI LAW GROUP, APC**
Ryan L. McBride, Esq. (297557)
ryan@kazlg.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL ANTHONY,<br><br>        Plaintiff,<br><br>vs.<br><br>TWILIO INC.,<br>        Defendant. | Case No.: 3:24-cv-02999-RS<br><br>**UNOPPPOSED MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE HEARING SET FOR APRIL 17, 2025**<br><br>**<u>Case Management Conference</u>**<br><br>Date: April 17, 2025<br>Time: 10:00 a.m.<br>Judge: Hon. Richard Seeborg<br>Classroom: VIDEOCONFERENCE |



Plaintiff MICHAEL ANTHONY ("Plaintiff"), after consulting with defendant TWILIO INC. ("Defendant"), hereby moves this Court to reschedule the Initial Case Management Conference hearing set for April 17, 2025, at 10:00 AM by videoconference.

Plaintiff's lead counsel, Ryan McBride, was planning on attending. However, Mr. McBride has recently been scheduled to appear in person for a summary judgment hearing in Tampa, Florida at the same time as the above referenced hearing. Mr. McBride is the only attorney of record for Plaintiff. Based on this conflict, Plaintiff requests that the hearing be rescheduled to a later date.

The Parties have made two prior requests to continue the Initial Case Management Conference. ECF No. 22. The Court first set the Initial Case Management Conference for August 21, 2024. ECF No. 4. The Court continued the

Initial Case Management Conference to September 5, 2024, on its own initiative. ECF No. 20. The Court later continued the Initial Case Management Conference to October 31, 2024, per the stipulated request of the Parties. ECF No. 24. The Court later continued the Initial Case Management Conference to January 9, 2025, per the stipulated request of the Parties. ECF No. 27. The Court continued the Initial Case Management Conference to March 13, 2025, on its own initiative. ECF No.30. The Court continued the Initial Case Management Conference to April 17, 2025, on its own initiative. ECF No.34.

Twilio does not oppose the relief requested.

Dated: April 11, 2025　　　　　　　　　　Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: */s/ Ryan L. McBride*
RYAN L. MCBRIDE, ESQ.
2221 CAMINO DEL RIO S. STE. 101
SAN DIEGO, CA, 92108
*Attorneys for Plaintiff*

# PROOF OF SERVICE

I, Jeremy Porter, declare as follows:

I am over the age of eighteen years and not a party to the case. I am employed in the County of Costa Mesa, California, where the mailing occurs. My business address is 245 Fischer Ave. Suite D1, Costa Mesa, CA 92626. I am readily familiar with our business' practice of collecting, processing, and mailing of correspondence and pleadings for mail with the United States Postal Service. On Friday, April 11, 2025, I served the foregoing document(s) described as:

- **UNOPPOSED MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**

On the interested parties in said case addressed as follows:

James Moon, Esq.
Caitlyn Cowan, Esq.
Kenneth Payson, Esq.
**DAVIS WRIGHT TERMAINE, LLP**
350 S. Grand Avenue, Floor 27
Los Angeles, CA 90071-3497
Email: JamesMoon@dwt.com
CaitlynCrown@dwt.com
KennethPayson@dwt.com

☒ BY ELECTRONIC MAIL, this document was served electronically to the person(s) listed above in accordance with California Code of Civil Procedure.

I declare under penalty under perjury under the laws of the State of California that the foregoing is true and correct. Executed on April 11, 2025, at Costa Mesa, California.

*/s/ Jeremy Porter*
Jeremy Porter