**KAZEROUNI LAW GROUP, APC**
Ryan L. McBride, Esq. (297557)
ryan@kazlg.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL ANTHONY,<br><br>            Plaintiff,<br><br>vs.<br><br>TWILIO INC.,<br>            Defendant. | Case No.: 3:24-cv-02999-RS<br><br>**[PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Richard Seeborg |

# [PROPOSED] ORDER

Having considered the parties' motion, IT IS HEREBY ORDERED that the Initial Case Management Conference is continued to _____.

**IT IS SO ORDERED.**

Dated**:**_____                              _____
                                                                              HON. RICHARD SEEBORG
                                                                              U.S. MAGISTRATE JUDGE

- 1 -
[PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE