**KAZEROUNI LAW GROUP, APC**
Ryan L. McBride, Esq. (297557)
ryan@kazlg.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL ANTHONY,<br><br>   Plaintiff,<br><br>vs.<br><br>TWILIO INC.,<br>   Defendant. | Case No.: 3:24-cv-02999-RS<br><br>**ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Richard Seeborg |

# ORDER

Having considered the parties' motion, IT IS HEREBY ORDERED that the Initial Case Management Conference is continued to May 15, 2025. Joint Case Management Statement due May 8, 2025.

**IT IS SO ORDERED.**

Dated**:** *4/14/2025*

                               [signature]
                          HON. RICHARD SEEBORG
                          U.S. DISTRICT JUDGE