**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MICHAEL ANTHONY, | Case No.: 3:24-cv-02999-RS |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| vs. | |
| TWILIO INC., | |
| Defendant. | |

Pursuant to Plaintiff MICHAEL ANTHONY ("Plaintiff") and Defendant TWILIO, INC. ("Defendant") stipulation, the Court dismisses Plaintiff's claims with prejudice. Each Party shall bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED THIS 11TH DAY OF March, 2026 _____

HON. LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE

- 1 -